# United States Bankruptcy Court
## District of New Mexico

In re    **Lyn M. Porter**
        **Thomas R. Porter**                                 Case No. _____
                             Debtor(s)           Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>California Coast Credit Union | **Describe Property Securing Debt:**<br>1999 Volvo V70 AWD Cross Country, 113,000 miles good condition. |

Property will be (check one):
    ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain **keep and keep on paying** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                  ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>First National Bank of New Mexico | **Describe Property Securing Debt:**<br>Vacant lot (.47 acre) w/improvements.<br>Location: Subdivision, Angel Fire West Village: 165 Brazos Drive, Angel Fire, NM |

Property will be (check one):
    ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                  ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Indymac-div of Onewest Bank** | **Describe Property Securing Debt:**<br>2 bed., 2 bath home, 2000 sq.ft. (approx.) situated on .82 acre. |
| Property will be (check one):<br>  ☐ Surrendered          ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>  ☐ Redeem the property<br>  ☐ Reaffirm the debt<br>  ■ Other. Explain  **would like to retain; is seeking a loan modification.**  (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>  ■ Claimed as Exempt          ☐ Not claimed as exempt | |

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Indymac-division of OneWest Bank | **Describe Property Securing Debt:**<br>2 bed., 2 bath home 2000 sq.ft. (approx) situated on .82 acre. |

**Property will be (check one):**
  ☐ Surrendered      ■ Retained

**If retaining the property, I intend to (check at least one):**
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain __would like to retain; is seeking a loan modification__ (for example, avoid lien using 11 U.S.C. § 522(f)).

**Property is (check one):**
  ■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>AT&T | **Describe Leased Property:**<br>Cell phone service contract #6058. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>Dish Network | **Describe Leased Property:**<br>Service contract # 3032. Satellite TV service. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>Qwest | **Describe Leased Property:**<br>Service contract # 015R. Cell Phone, Internet and landline phone service. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __April 28, 2011__      Signature __/s/ Lyn M. Porter__
                                                         Lyn M. Porter
                                                         Debtor

Date __April 28, 2011__      Signature __/s/ Thomas R. Porter__
                                                         Thomas R. Porter
                                                         Joint Debtor

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Indymac-division of OneWest Bank | **Describe Property Securing Debt:**<br>2 bed., 2 bath home 2000 sq.ft. (approx) situated on .82 acre. |
| **Property will be (check one):**<br>☐ Surrendered     ■ Retained | |
| **If retaining the property, I intend to (check at least one):**<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>■ Other. Explain _would like to retain; is seeking a loan modification_ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| **Property is (check one):**<br>■ Claimed as Exempt     ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>AT&T | **Describe Leased Property:**<br>Cell phone service contract #6058. | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>■ YES    ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>Dish Network | **Describe Leased Property:**<br>Service contract # 3032. Satellite TV service. | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>■ YES    ☐ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>Qwest | **Describe Leased Property:**<br>Service contract # 015R. Cell Phone, Internet and landline phone service. | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>■ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   **April 28, 2011**     Signature   **/s/ Lyn M. Porter**
                                                             Lyn M. Porter
                                                             Debtor

Date   **April 28, 2011**     Signature   **/s/ Thomas R. Porter**
                                                             Thomas R. Porter
                                                             Joint Debtor